ELIZABETH R. McGINN, Respondent, *v.* MARGARET V.
LIGHTHOUSE et al., as Executors of JOHN C. LIGHT-
HOUSE, Deceased, Appellants.

*McGinn* v. *Lighthouse*, 149 App. Div. 931, affirmed.
(Argued April 30, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 11, 1912, affirming a judgment in favor of
plaintiff entered upon the report of a referee appointed
under section 2718 of the Code of Civil Procedure to
determine a disputed claim against the estate of John C.
Lighthouse, deceased.

*S. D. Bentley* for appellants.

*Hugh Satterlee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT,
HISCOCK, CHASE and HOGAN, JJ.   Absent: COLLIN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GRACE DUNN, Appellant.

*People* v. *Dunn*, 156 App. Div. 880, affirmed.
(Argued April 30, 1913; decided May 20, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 15, 1913, which affirmed a judgment of the Albany
County Court rendered upon a verdict convicting the
defendant of the crime of keeping a disorderly house.

*Samuel H. Salisbury* for appellant.

*Rollin B. Sanford* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT,
HISCOCK, CHASE and HOGAN, JJ.   Absent: COLLIN, J.